**Joyce Elaine Wellman, Plaintiff-Appellee, v. Leo Franklin Wellman, Defendant-Appellant.**

**Gen. No. 11,652.**

Second District, First Division.
September 28, 1962.

Allex J. Victor, of Rockford, for appellant. No brief filed for appellee. Opinion by JUDGE McNEAL. Not to be published in full.